IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
*Plaintiff*,

v.

**RODRIGUEZ-CRUZ et al.**,
*Defendant*.

**CASE NO. 13-cr-534 (MAJ)**

## MOTION TO WITHDRAW AS THE
## ASSISTANT UNITED STATES ATTORNEY OF RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America by and through the undersigned attorney, and before this Honorable Court, very respectfully states and prays as follows:

1. The undersigned Assistant United States Attorney Julian N. Radzinschi is no longer assigned to the above captioned case. Therefore, it is respectfully requested that this Court accept this request to withdraw as attorney for the United States in this particular case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Assistant U.S. Attorney Julian N. Radzinschi as counsel for the prosecution in the instant case and cease further notifications.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on January 14, 2026.

W. STEPHEN MULDROW
United States Attorney

*/s/ Julian N. Radzinschi*
Julian N. Radzinschi
USDC/PR Bar # G03417
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel (787) 766-5656
Email: julian.radzinschi@usdoj.gov

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                           /s/ *Julian N. Radzinschi*
                                           Julian N. Radzinschi
                                           USDC/PR Bar # G03417
                                           Assistant U.S. Attorney

Case 3:13-cr-00534-ADC    Document 6264    Filed 01/14/26    Page 2 of 2

-2-